

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2019

No. 04-19-00331-CV

**FW SERVICES INC. D/B/A PACESETTER PERSONNEL SERVICES**,
Appellant

v.

Seth **MCDONALD**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-14224
The Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. The appellee's brief is due on or before July 23, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court